IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| KAREN YATES,      Plaintiff, | ) ) ) |
| vs. | ) Case No. 13-00275-CV-W-GAF ) |
| COMMERCIAL RECOVERY SYSTEMS, INC.,      Defendant. | ) ) ) ) |

_____  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_\_X\_\_  **Decision by Court.**  The issues have been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's motion for default judgment is GRANTED.  Judgment shall be entered in favor of Plaintiff and against Defendant in the amount of $3,181.31.

ANN THOMPSON
Clerk of Court

Date:   August 12, 2013

/s/ Terri Moore
(by) Terri Moore, Deputy Clerk